**FILED**
APR 2 5 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES A.G. BUNCH, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0710 |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter comes before the Court on review of plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The Court will grant the application, and dismiss the complaint for the following reasons.

Plaintiff brings this civil rights action against what appears to be every federal and North Carolina agency, court, and individual having a role in effecting his arrest, extradition, criminal prosecution, conviction, sentence, and request for post-conviction relief. Because of defendants' conspiratorial actions, plaintiff alleges that he has been falsely imprisoned, kidnapped, enslaved, subjected to cruel and unusual punishment, and deprived of his liberty.[1]

Plaintiff's claim for damages in a civil rights action challenging the fact or duration of confinement must fail. Plaintiff first must establish that his confinement has been invalidated by "revers[al] on direct appeal, expunge[ment] by executive order, declar[ation of invalidity] by a state tribunal authorized to make such determination, or . . . a federal court's issuance of a writ of

---

[1] Insofar as plaintiff demands his immediate release from custody, *see* Compl. at 5, the proper means to do so is by filing a petition for writ of habeas corpus. *See Chatman-Bey v. Thornburgh*, 864 F.2d 804, 809 (D.C. Cir. 1988) (citing *Preiser v. Rodriguez*, 411 U.S. 475, 490 (1973)).



habeas corpus." *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994); *accord White v. Bowie*, 194 F.3d 175 (D.C. Cir. 1999) (table). Plaintiff does not satisfied the prerequisite and therefore fails to state a claim.

The Court will dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

/s/ Royce C. Lamberth
United States District Judge

Date: 4/8/08