UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 25 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| JAMES A.G. BUNCH, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 0710 |
| UNITED STATES OF AMERICA, *et al.* | ) |
| Defendants. | ) |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is further

ORDERED that the complaint will be DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

United States District Judge

Date: 4/8/08